UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
KIMBERLY QUIROZ RODRIGUEZ,

                Plaintiff,

        -v-

FRIENDLY FIELD TECHNICIANS, LLC, and
SUZANNE NOORMAN,

              Defendants.
-------------------------------------------------------------------X

25-CV-01140 (JAV)

ORDER

JEANNETTE A. VARGAS, United States District Judge:

    Pursuant to the Court's Order dated April 9, 2025, ECF No.3, the parties were required to file a joint letter and proposed Civil Case Management Plan and Scheduling Order, the contents of which are described therein, by August 26, 2025. To date, the parties have not filed the joint letter and proposed Civil Case Management Plan and Scheduling Order. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **August 31, 2025**.

    SO ORDERED.

Dated: August 29, 2025
       New York, New York

                                             JEANNETTE A. VARGAS
                                             United States District Judge