UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
KIMBERLY QUIROZ RODRIGUEZ,

                Plaintiff,

      -v-                                          25-CV-01140 (JAV)

                                                          ORDER

FRIENDLY FIELD TECHNICIANS, LLC, and
SUZANNE NOORMAN,

               Defendant.
-------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

      Pursuant to the Court's Order dated September 1, 2025, ECF No. 7, the parties were required to file a joint letter and proposed Civil Case Management Plan and Scheduling Order, the contents of which are described therein, by September 18, 2025. To date, the parties have not filed the joint letter and proposed Civil Case Management Plan and Scheduling Order. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **September 23, 2025**.

      SO ORDERED.

Dated: September 19, 2025
       New York, New York

                                                     JEANNETTE A. VARGAS
                                                   United States District Judge