UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                                                            :

KIMBERLY QUIROZ RODRIGUEZ,                               :

                                               Plaintiff,                        :

                                                                           :          25-CV-01140 (JAV)

                     -v-                                            :

                                                                           :               <u>ORDER</u>

FRIENDLY FIELD TECHNICIANS, LLC, and         :
SUZANNE NOORMAN,
                                                                           :

                                            Defendants.             :
-------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

       Pursuant to the Court's Order dated September 22, 2025, ECF No.16, the parties were required to file a joint letter and proposed Civil Case Management Plan and Scheduling Order, the contents of which are described in ECF No. 3, by October 14, 2025. To date, the parties have not filed the joint letter and proposed Civil Case Management Plan and Scheduling Order. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **October 20, 2025**.

       SO ORDERED.

Dated: October 16, 2025
       New York, New York                                                 JEANNETTE A. VARGAS
                                                                              United States District Judge