**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
KIMBERLY QUIROZ RODRIGUEZ,

                    Plaintiff,

      -against-                                  25 **CIVIL** 1140 (JAV)

                                      **RULE 68 JUDGMENT**

FRIENDLY FIELD TECHNICIANS, LLC,
and SUZANNE NOORMAN,

                    Defendants.
------------------------------------------------------------------X

      It is **ORDERED, ADJUDGED, AND DECREED,** that for the reasons stated in the Court's Memo Endorsement dated December 29, 2025, (1) judgment is entered in favor of Plaintiff and against Defendants, jointly and severally, in the total amount of Twelve Thousand Dollars ($12,000.00), subject to the payment terms set forth in the Offer of Judgment; (2) the judgment amount is inclusive of all damages, attorneys' fees, expenses, and costs incurred through the date of the Offer of Judgment; (3) this judgment resolves all claims asserted by Plaintiff against Defendants in this action with prejudice; and (4) the case is closed.

**Dated:**  New York, New York

       December 30, 2025

                                  **TAMMI M. HELLWIG**
                                _____
                                    **Clerk of Court**

                    **BY:**        _Negam Dulol_
                                  _____
                                  **Deputy Clerk**